UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| MARLON JONES,<br><br>    *Plaintiff*,<br><br>v.<br><br>ST. MARY'S/ELK REGIONAL HOSPITAL, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:15-cv-00089-BR-SPB<br><br>**ORDER** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. FCI Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. No. 32) is **GRANTED**;

3. Defendants St. Mary's/Elk Regional Hospital and Kane Community Hospital are **DISMISSED** without prejudice;

4. Defendant Dr. Rudick's Motion to Dismiss (Doc. No. 26) is **GRANTED**;

5. This case is **CLOSED**; and

6. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 9th day of September, 2016

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE